# PRIMMER PIPER EGGLESTON & CRAMER PC

*Attorneys at Law*

DOUGLAS J. WOLINSKY
dwolinsky@ppeclaw.com
TEL: (802) 864-0880
FAX: (802) 864-0328

150 SOUTH CHAMPLAIN STREET  P.O. BOX 1489  BURLINGTON, VT 05402

April 19, 2010

Diann M. Freeman
Alexander Pirnie Federal Building
10 Broad Street, Room 230
Utica, NY 13501

FILED
APR 21 2010
OFFICE OF THE BANKRUPTCY CLERK
UTICA, NY

Re:   Gail DeHart – Case No. 07-61257

Dear Diann:

Rec'd 4/21/10 MC

Enclosed please find check number 10116 in the amount of $713.64, which represents unclaimed funds for the following creditor(s):

| Claim No. | Check No. | Amount | Claimant address |
|---|---|---|---|
| 8 | 111 | $713.64 | CACV of Colorado, LLC<br>370 17th Street, Suite 5000<br>Denver, CA 80202 |

Thank you for your assistance in this matter.

Sincerely yours,

Douglas J. Wolinsky

DJW:ajl

E00980-06383\Doc #20

Receipt # 61000265

Burlington, Vermont ♦ Montpelier, Vermont ♦ St. Johnsbury, Vermont ♦ Littleton, New Hampshire
www.ppeclaw.com